B. John Casey, OSB # 120025
Email: john.casey@klgates.com
Stephanie McCleery, OSB # 115834
Email: stephanie.mccleery@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR  97258
Phone: (503) 228-3200 / Fax: (503) 248-9085

Michael J. Abernathy (*pro hac vice pending*)
Email:  michael.abernathy@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Phone: (312) 372-1121 / Fax: (312) 827-8000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (PORTLAND DIVISION)

| | |
|---|---|
| CARBON AUDIO, LLC, a Delaware limited liability company, and HEADBOX, LLC, d/b/a BOOMPHONES, a Delaware limited liability company,<br><br>                                 Plaintiffs,<br><br>    v.<br><br>MONSTER, INC., a California corporation.<br><br>                                 Defendant. | Case No. 3:14-cv-00332<br><br>**CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF HEADBOX, LLC** |

Plaintiff Headbox, LLC makes the following disclosure pursuant to FRCP 7.1:

PAGE 1 – CORPORATE DISCLOSURE STATEMENT FOR
PLAINTIFF HEADBOX, LLC

PO-363796 v1

Headbox, LLC does not have a parent corporation, is not a publicly traded corporation, and no publicly traded corporation owns 10% or more of Headbox, LLC's stock.

DATED:  February 26, 2014.

K&L GATES LLP

By _s/ B. John Casey_____
     B. John Casey, OSB #86365
     Stephanie McCleery, OSB #98146
     Michael J. Abernathy (*pro hac vice pending*)

     *Attorneys for Plaintiffs*

PAGE 2 – CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF HEADBOX, LLC