B. John Casey, OSB # 120025
Email: john.casey@klgates.com
Stephanie McCleery, OSB # 115834
Email: stephanie.mccleery@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97258
Phone: (503) 228-3200 / Fax: (503) 248-9085

Michael J. Abernathy (*pro hac vice pending*)
Email: michael.abernathy@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Phone: (312) 372-1121 / Fax: (312) 827-8000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (PORTLAND DIVISION)

| | |
|---|---|
| CARBON AUDIO, LLC, a Delaware limited liability company, and HEADBOX, LLC, d/b/a BOOMPHONES, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br> v.<br><br>MONSTER, INC., a California corporation.<br><br>       Defendant. | Case No. 3:14-cv-00332<br><br>**CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF CARBON AUDIO, LLC** |

Plaintiff Carbon Audio, LLC makes the following disclosure pursuant to FRCP 7.1:

PAGE 1 – CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF CARBON AUDIO, LLC
PO-363799 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

Carbon Audio, LLC does not have a parent corporation, is not a publicly traded corporation, and no publicly traded corporation owns 10% or more of Carbon Audio, LLC's stock.

DATED: February 26, 2014.

        K&L GATES LLP

        By  s/ B. John Casey
            B. John Casey, OSB #86365
            Stephanie McCleery, OSB #98146
            Michael J. Abernathy (*pro hac vice pending*)

        *Attorneys for Plaintiffs*

PAGE 2 – CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF CARBON AUDIO, LLC

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97258
TELEPHONE: (503) 228-3200